(122 So. 466)

## Bill LAWSON v. STATE.　(8 Div. 833.)

Court of Appeals of Alabama.　Feb. 12, 1929.

Rehearing Denied March 26, 1929.

O. M. Rains, of Scottsboro, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.